Next case will be 083088, it will appear in Boston, it's the United States Postal Service. Thank you for watching.